UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| A.C. WICK, | ) | |
| | ) | Case No. 1:23-cv-01042 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Edmond E. Chang |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, A.C. Wick, and Defendant, The Prudential Insurance Company of America, through their undersigned counsel, hereby stipulate that this action be DISMISSED WITH PREJUDICE, with each party to bear his or its own attorneys' fees, expenses, and costs.

IT IS SO STIPULATED.

**Dated: December 14, 2023**

By: */s/ Mark D. DeBofsky*

Mark D. DeBofsky
mdebofsky@debofsky.com
DeBofsky Law, Ltd.
2 N. Riverside Plaza, Suite 1420
Chicago, Illinois 60606

*Counsel for Plaintiff*

**December 14, 2023**

By: */s/ Ian H. Morrison*
(with permission)

Ian H. Morrison
Shelley Hebert
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

imorrison@seyfarth.com
shebert@seyfarth.com

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

Mark D. DeBofsky, the attorney, certifies that on December 14, 2023, he served the foregoing Stipulation to Dismiss upon counsel for Defendant by electronic delivery via the CM/ECF system maintained by the Clerk of the U.S. District Court.

/s/ Mark D. DeBofsky
Mark D. DeBofsky